UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MALIBU MEDIA, LLC,**
       Plaintiff,

    v.                                                Case No. 13-C-1233

**JOHN DOE subscriber assigned IP address 70.92.235.238,**
       Defendant.

## ORDER

**IT IS ORDERED** that plaintiff's motion for leave to serve a third-party subpoena prior to a Rule 26(f) conference is **GRANTED** to the extent that plaintiff has permission serve a subpoena on the defendant's Internet service provider for the purpose of identifying the name and address of the defendant.

Dated at Milwaukee, Wisconsin, this 22nd day of November 2013.

                                        s/ Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge